UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: Jose Ortiz | CASE NO: 17-13890 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/19/2017, I did cause a copy of the following documents, described below,

Letter Notice re Bankruptcy to Additional Creditors Added to Matrix,

341 Meeting Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/19/2017

/s/ Christina L Henry
Christina L Henry  31273
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 203
Seattle, WA  98133
206 330 0595
chenry@hdm-legal.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: Jose Ortiz | CASE NO: 17-13890 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/19/2017, a copy of the following documents, described below,

Letter Notice re Bankruptcy to Additional Creditors Added to Matrix,

341 Meeting Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Henry, DeGraaff & McCormick, PS
Christina L Henry
1833 N 105th St, Ste 203
Seattle, WA  98133

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| 1 ATTORNEY GENERAL FOR THE STATE OF WA<br>BANKRUPTCY AND COLLECTION UNIT<br>800 FIFTH AVE<br>SUITE 2000<br>SEATTLE WA 98104 | 2 DEPARTMENT OF LABOR & INDUSTRIES<br>COLLECTIONS<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | 3 DEPT OF LABOR AND INDUSTRIES<br>COLLECTIONS<br>PO BOX 44171<br>OLYMPIA WA 98504 |
|---|---|---|
| 4 EMPLOYMENT SECURITY DEPARTMENT<br>UI TAX ADMIN<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 | 5 FAX DUNCAN<br>1416 E THOMAS<br>SEATTLE WA 98112 | 6 PACIFIC TOPSOILS INC<br>C/O REGISTERED AGENT<br>SANDRA FORMAN<br>805 80TH ST SW<br>EVERETT WA 98203 |
| 7 SUTTELL & HAMMER P.S.<br>PO BOX C-90006<br>BELLEVUE WA 98009 | 8 UNITED STATE S ATTORNEY S OFFICE<br>ATTN: BANKRUPTCY ASSISTANT<br>U.S. COURTHOUSE<br>700 STEWART ST RM 5220<br>SEATTLE WA 98101 | 9 WA DEPARTMENT OF REVENUE<br>ATTN: SUSAN ROLAND<br>2101 4TH AVE STE 1400<br>SEATTLE WA 98121 |