The Honorable Christopher M. Alston
Chapter 13
Hearing Date: December 14, 2017
Hearing Time: 9:30 AM
Hearing Location: US Courthouse /Seattle, WA
Response Due: December 7, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JOSE ORTIZ,<br><br>Debtors. | Case No. 17-13890<br><br>Chapter: 13<br><br>PROOF OF SERVICE |

I, Christina L. Henry declare under penalty of perjury, that on the dates indicated below, I caused a copy of the following documents to be served on the parties listed below via Certified Mail:

1) Debtor's Motion to Avoid Lien of Midland Funding LLC with Notice of Hearing, Proposed Order and Declaration of Christina L Henry in Support

**Via United States First Class Certified Mail on February 18, 2014**

Midland Funding, LLC
Attn: Registered Agent
Corporation Service Company
300 Deschutes Way SW
Ste 304
Tumwater, WA 98501

(See Attached certified mail Return Receipt)

DATED this 15th day of November 2017

HENRY, DEGRAAFF & MCCORMICK, P.S.
By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273

PROOF OF SERVICE - 1

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH ST, SUITE 200
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

# EXHIBIT A
# CERTIFIED MAIL RETURN RECEIPT

PROOF OF SERVICE - 2

Henry, DeGraaff & McCormick, P.S.
1833 N 105ᵀᴴ St, Suite 200
Seattle, Washington 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 17-13890-CMA    Doc 30    Filed 11/15/17    Ent. 11/15/17 16:10:09    Pg. 2 of 4

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x  NOV 1 3 2017  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)* Caroline Little  C. Date of Delivery |
| 1. Article Addressed to:<br>Midland Funding, LLC<br>Attn: Registered Agent<br>Corporation Service Company<br>300 Deschutes Way SW, Ste 304<br>Tumwater, WA 98501<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3399 7227 2319 41 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2. Article Number *(Transfer from service label)*<br>7016 3010 0000 6942 6290 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

USPS TRACKING #



9590 9402 3399 7227 2319 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Henry, DeConoll + McCormick PS
Attn: Christina Henry
1833 N 105th St, Ste 203
Seattle, WA 98133