|  | Judge: Christopher M. Alston |
|---|---|
|  | Chapter: 13 |
|  | Hearing Date: May 09, 2019 |
|  | Hearing Time: 9:30 am |
|  | Hearing Location: Judge Alston's Courtroom |
|  | 700 Stewart St #7206 |
|  | Seattle,WA 98101-8101 |

Response Date: May 02, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| JOSE ORTIZ, | NO. 17-13890 |
| 11224 253rd Pl | |
| Kent, WA 98030 | NOTICE OF TRUSTEE'S MOTION TO |
|  | DISMISS CASE AND HEARING |
| Debtor. | |

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Christopher M. Alston        Date: May 09, 2019
Location: Judge Alston's Courtroom   Time: 9:30 am
700 Stewart St #7206
Seattle,WA 98101-8101

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is May 02, 2019.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: April 09, 2019

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094  NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Judge: Christopher M. Alston  
Chapter: 13  
Hearing Date: May 09, 2019  
Hearing Time: 9:30 am  
Hearing Location: Judge Alston's Courtroom  
700 Stewart St #7206  
Seattle,WA 98101-8101  

Response Date: May 02, 2019

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re:<br><br>JOSE ORTIZ,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 17-13890<br><br>TRUSTEE'S MOTION<br>TO DISMISS CASE |
|---|---|

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $7,268.22 per month. The plan is now delinquent a total of $36,341.10 calculated through 4/9/2019.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: April 09, 2019

/s/ Jason Wilson-Aguilar  
Jason Wilson-Aguilar  
Chapter 13 Trustee  
WSBA #33582

Chapter 13 Bankruptcy Trustee  
600 University St. #1300  
Seattle,WA 98101  
(206) 624-5124 Fax:(206) 624-5282  
www.seattlech13.com

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JOSE ORTIZ,

                Debtor.

IN CHAPTER 13 PROCEEDING
NO. 17-13890

Proposed
ORDER DISMISSING CASE

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle,WA 98101
(206) 624-5124

CM095  ORDER DISMISSING CASE